# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2023

Lyle W. Cayce
Clerk

———————

No. 22-40752
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RICARDO VAZQUEZ-LOPEZ,

*Defendant—Appellant*,

CONSOLIDATED WITH

———————

No. 22-40753

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARTIN MENERA-RAMIREZ,

*Defendant—Appellant*.

No. 22-40752
c/w No. 22-40753

---

Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. 7:22-CR-649-1, 7:22-CR-16-1

---

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Ricardo Vazquez-Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vazquez-Lopez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Vazquez-Lopez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5th Cir. R. 42.2.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.